UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Milous Brown,

    Plaintiff,

v.

Annette Chambers-Smith, *et al.*,

    Defendants.

Case No. 2:22-cv-2469

Judge Michael H. Watson

Magistrate Judge Merz

## ORDER

On July 13, 2022, Magistrate Judge Merz issued a Report and Recommendation ("R&R") recommending the Court dismiss without prejudice any portion of Plaintiff's Complaint that seeks damages against any defendant in his or her official capacity or that seeks to enjoin a defendant from violating state law. R&R 6–7, ECF No. 9. The R&R notified the parties of their right to object to the recommendations contained therein and warned the parties that a failure to object could result in a forfeiture of appellate rights.

The deadline for objecting to the R&R has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R without further review and **DISMISSES WITHOUT PREJUDICE** Plaintiff's requests for damages against any defendant in his or her official capacity as well as all requests to enjoin any defendant against violating Ohio law. The Clerk shall terminate ECF No. 9.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT