UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Milous Brown,

    Plaintiff,

v.

Annette Chambers-Smith, *et al.*,

    Defendants.

Case No. 2:22-cv-2469

District Judge Michael H. Watson

Magistrate Judge Michael R. Merz

## ORDER

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz, ECF No. 35, to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Supplemental Report and Recommendations.

Accordingly, Plaintiff's Complaint is dismissed without prejudice (1) insofar as it seeks monetary damages against any Defendant in his or her official capacity and (2) insofar as it seeks injunctive relief to enforce any provision of Ohio law against any Defendant. Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order is rendered moot by the filing of the Amended Complaint. The Clerk shall terminate ECF Nos. 2 & 35.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT