UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Milous Brown,

    Plaintiff,

v.

Annette Chambers-Smith, *et al.*,

    Defendants.

Case No. 2:22-cv-2469

Judge Michael H. Watson

Magistrate Judge Merz

### ORDER

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz, ECF No. 68, to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting a request for extension of time to file objections was granted and no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Supplemental Report and Recommendations.

Accordingly, it is hereby **ORDERED** that the Amended Complaint be **DISMISSED** with prejudice. Plaintiff is **DENIED** any requested certificate of appealability, and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT